## Exhibit A to the First Amended Complaint

**Location:** Brooklyn, NY  **IP Address:** 104.162.97.115
**Total Works Infringed:** 29  **ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 821591D3B453F814B8CD10994842274B6E4CDBE1 File Hash: 747070B2CFE2FC543DDC7AB0BF056A27AA2812738B3AD3AC90B014F204A5CECE | 09/12/2024 23:26:09 | Blacked | 09/10/2024 | 09/17/2024 | PA0002490365 |
| 2 | Info Hash: 2BADCEB5E39B138BF869F607A14558F3BAF486C6 File Hash: 7AF5B5C454AB076914A70769A240AD9652F8C872D26EDD3618AEE6220D509740 | 09/09/2024 03:36:01 | Tushy | 04/21/2024 | 05/08/2024 | PA0002470013 |
| 3 | Info Hash: 5E988EDC3A1A6B6B1FF594CCFD6E6E00D7D7039F File Hash: 7AD9BBE753D0FF9A76BD8F41302BBD7E8C37D0600D249E25FA45092799AD0DA2 | 08/31/2024 14:09:37 | Blacked | 08/26/2024 | 09/17/2024 | PA0002490359 |
| 4 | Info Hash: 9A633DDEAF649ADEABEF3663CB4F4B10F6981204 File Hash: 3177BDBB8DEF125694FAB328484E25DAAAF81175069B54DBFAB896A9E3E678F9 | 08/29/2024 19:33:27 | Vixen | 08/02/2024 | 08/15/2024 | PA0002484855 |
| 5 | Info Hash: 492EEA537AED41C211298AEC8E1433F363F92CE8 File Hash: 0E59134FA2AB176D9CEF10340E4AC82AC04BABCBF23167A6EF61393E9170B62D | 06/27/2024 01:08:57 | TushyRaw | 06/25/2024 | 07/15/2024 | PA0002480610 |
| 6 | Info Hash: 8D04FED7E85BDBF5BA9BE8F0CA901F165FC70394 File Hash: B776A6D3BD5456E54166F680C85B9F594404F142B465AB7E0C6AA7350087ECCC | 06/26/2024 06:03:33 | Blacked | 06/10/2023 | 07/13/2023 | PA0002420362 |
| 7 | Info Hash: 2E5920783795D9407FECAE9B09916066F0481F72 File Hash: F68A8B39502A63827784E37D8682534B681E95935AB4FF42254B6F4CAAC4D78B | 04/27/2024 17:53:51 | Milfy | 04/17/2024 | 06/24/2024 | PA0002477490 |
| 8 | Info Hash: 1BA645C8BA978815D185709957D795E18F478F80 File Hash: AF5732B0358280D04F1841682817DBF92C2C657F858233D2B53A195D966244F7 | 04/24/2024 03:29:08 | Vixen | 01/26/2024 | 02/13/2024 | PA0002454776 |
| 9 | Info Hash: 47814DC7529E5C5290FB11F6724478F41E528474 File Hash: 3CE52222BDDD9B4BC911D896ECACF00BFFB3142D3AA02E69213D1D606923F337 | 03/09/2024 18:24:41 | Blacked | 03/02/2024 | 03/12/2024 | PA0002459225 |
| 10 | Info Hash: FCF2223C2AFD2901C1AC8C9EA95467B555E65E1E File Hash: A9596964DEE36F1C6190EF9A49570A4D435010B85BD899886799BE731C4B6A07 | 01/19/2024 20:32:41 | Vixen | 01/14/2019 | 02/02/2019 | PA0002155387 |
| 11 | Info Hash: 404D268F6156403523D88F1DA9EFFB296E581398 File Hash: 30C2DAFBCC40B6558FF8D107020C7C50A83375AB18244E9D21D643838990E7DF | 01/18/2024 03:08:00 | Blacked Raw | 01/08/2024 | 02/14/2024 | PA0002455060 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 22E756AB10195C299D4EF6CDE019BC534B8A8E62<br>File Hash: D8B6C71B397F72973249127DBAB9D350C40C2FE7C334C10F818AE8833AF48BA9 | 11/15/2023 02:51:46 | Tushy | 06/20/2018 | 08/07/2018 | PA0002132405 |
| 13 | Info Hash: A7B696A97C4BEA852C86BF8A9BEA96CB4C9A3B10<br>File Hash: 0DA0A02F8E265B68005EC6FD03EEAC066D55D2074C9D040A502ED891C041C01C | 11/02/2023 23:00:41 | Blacked Raw | 05/22/2018 | 07/14/2018 | PA0002128073 |
| 14 | Info Hash: 43E0D25E70530A6C6837D3E3EBC16B958F2E24AC<br>File Hash: FE6FD35082C56D4DBBAEEFF99C16EAAB45C0602F2365CD617DFDDD89F06D73AD | 11/02/2023 03:05:33 | Blacked Raw | 03/28/2018 | 04/12/2018 | PA0002091513 |
| 15 | Info Hash: 60FEB3E4F343965C4C847A6F071D77F52C61BB52<br>File Hash: E524144A95E8724908EAB4170A1D1916ABFF0EFC0E12823068BEE66FD6E93A12 | 11/02/2023 03:03:20 | Tushy | 09/23/2018 | 11/01/2018 | PA0002143415 |
| 16 | Info Hash: 6C639AA8446F7F87521D3F3E65244D3164287F1A<br>File Hash: 4DEB83BF65F44F882F54385B87EC7169F82748E2F40DE7B3152E2B00BAC018EB | 05/23/2023 00:34:02 | Vixen | 05/19/2023 | 06/09/2023 | PA0002415364 |
| 17 | Info Hash: 7597C80EAED55D7164C40D01EBF6C15DE4268AC4<br>File Hash: 33D88076F624E2684D967825035828CC25CBFBB4B29E49E25A0A199E20015A14 | 05/11/2023 00:26:44 | Blacked | 02/04/2023 | 03/07/2023 | PA0002400314 |
| 18 | Info Hash: DFCCBFB7EED852E6617D609C4731A1744A9862A9<br>File Hash: 092CF263917C04D7FE0B38B7AF9511C6C78FE4544DCFE9E1BFCEF14EC78E29A9 | 04/12/2023 02:32:04 | Tushy | 05/16/2018 | 06/19/2018 | PA0002126446 |
| 19 | Info Hash: 4D347C3B922537DECA1E7D90591BCF15F763E318<br>File Hash: E18050780127A2B9DCCCF4887FD18CD706BB21E6AA9CA8B0FA0EEFD6C60DA8F3 | 04/12/2023 02:31:35 | Blacked | 04/08/2023 | 05/15/2023 | PA0002411276 |
| 20 | Info Hash: 25BB736475DB18C804D23B6C8888A5CA4BC9F352<br>File Hash: F1C4DC35C38B94BE633D4031C4310D521F01B681D5C548060BEBEA53B2BB2A40 | 12/09/2022 21:03:44 | Vixen | 02/28/2018 | 04/17/2018 | PA0002116071 |
| 21 | Info Hash: 9140D32FECC0E0EF0AB2B37231A8119DA49DDC32<br>File Hash: 77997F0D82FCA3F6C406459FF4CD21A8649AE36876B7DE86536FF47C53E9493A | 12/06/2022 08:01:16 | Vixen | 04/04/2019 | 04/29/2019 | PA0002169968 |
| 22 | Info Hash: FFB59D7B851B2FAC080AAAD07215FDA138C5D5B9<br>File Hash: 4D2854BA411686AAE8016C70FC4069BB3DAFC98CE09D501E044B032EF5879205 | 12/06/2022 04:54:01 | Vixen | 08/07/2018 | 09/05/2018 | PA0002135684 |
| 23 | Info Hash: 68FE67AB258A0D6022E32F1150E9C35596E4E767<br>File Hash: EDAC6D7360617F459F5927A39F705009B879937E579E603D4CCCD1A9E44A3110 | 10/27/2022 00:36:58 | Vixen | 10/21/2022 | 11/01/2022 | PA0002378075 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 6D40E6B3C68E4347A8776C49A5F33AED77C35A3C File Hash: 23CEF8CDE126E624213A1BBC3AEC0ED99E29DC5FCEECCC7F6D3EC3C7F4E9CF6E | 10/02/2022 18:49:29 | Blacked | 06/26/2021 | 07/08/2021 | PA0002300662 |
| 25 | Info Hash: 79590811D6F7F9A1459ABEC2FA998EA44F3FF4D2 File Hash: 0A3A52E540EBBBD8436FCDADDF58D5FB3F4451155896B817323E4709FD09EA51 | 08/24/2022 18:32:23 | Blacked | 05/21/2022 | 06/27/2022 | PA0002354986 |
| 26 | Info Hash: 1A76A113C1D33455F6FB4D100985C9DA1974F425 File Hash: 3A1FA743DEEE32C83316CCC75083FEBCC7CAAF64D5BE1B92439D792FDBDBA248 | 07/25/2022 23:48:39 | Vixen | 07/22/2022 | 08/30/2022 | PA0002367741 |
| 27 | Info Hash: 9CD7CFD962DE7804CF2507733B747EEB28B25D1E File Hash: CC3818D230E86A51A6697869E4F66F58703FCE9CA81ECB5782A8A652486993F1 | 06/24/2022 04:42:17 | Blacked Raw | 06/07/2021 | 06/15/2021 | PA0002296926 |
| 28 | Info Hash: 090E17DEA144E183C365B32787317CAD5B4EE7F2 File Hash: F75DD1D09704CF916B138ACC1CD55B1D291C6CDD60E5D83419A74D61AF7978DB | 01/27/2022 17:22:01 | Blacked | 01/22/2022 | 02/14/2022 | PA0002335440 |
| 29 | Info Hash: 549D81C2E31A1CB34CE19937D9D3CEE671D29A4C File Hash: C8CCB78689D918D0D79665B3B33C13341BA46849EA640AFB43423CF912D9BAE6 | 12/18/2021 21:07:57 | Blacked | 02/19/2020 | 03/18/2020 | PA0002241617 |