UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------X
                                                                 :
STRIKE 3 HOLDINGS, LLC,                                          :
                                                                 :   Case No. 1:24-cv-06806-RER-CLP
                                        Plaintiff,               :
                                                                 :
                    vs.                                          :
                                                                 :
JOHN DOE infringer identified as using                           :
IP address 104.162.97.115,                                       :
                                                                 :
                                        Defendant.               :
-----------------------------------------------------------------X
```

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE
AS TO JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 104.162.97.115 ONLY**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant "John Doe subscriber assigned IP address 104.162.97.115" are voluntarily dismissed without prejudice.

Please note that this Notice does **not** dismiss Plaintiff's claims against the party currently identified as "Defendant John Doe infringer identified as using IP address 104.162.97.115."

Dated: June 18, 2025                    Respectfully submitted,

**THE ATKIN FIRM, LLC**

By:  /s/ *John C. Atkin*
    John C. Atkin, Esq.
    400 Rella Blvd., Ste. 165
    Suffern, NY 10901
    Tel: (973) 314-8010
    Fax: (833) 693-1201
    JAtkin@atkinfirm.com
    *Attorneys for Plaintiff*