UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

STRIKE 3 HOLDING, LLC

Client Ref.: 20250630171827

Plaintiff

vs

Case Number: 1:24-CV-06806-RER-CLP

JOHN DOE INFRINGER IDENTIFIED AS USING IP ADDRESS 104.162.97.115

Filed On:

Defendant

## AFFIRMATION OF SERVICE

MALIK SONGSTER-THOMAS, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

That on **7/8/2025** at **7:18 PM** at ▓▓▓▓▓▓▓▓▓▓
Deponent served the within **SUMMONS, ORDER, FIRST AMENDED COMPLAINT, EXHIBIT A, CIVIL COVER SHEET, CERTIFICATION OF ARBITRATION ELIGIBILITY**
On ▓▓▓▓▓▓▓▓

SUITABLE AGE PERSON: By delivering a true copy of each to **Jane Doe(refused name)**, the **Wife/ CO-TENANT** of ▓▓▓▓ ▓▓▓▓ a person of suitable age and discretion. Said premises is intended recipient's within the state.

DESCRIPTION: Deponent further states that the perceived description of the person actually served is as follows:
Gender: ▓▓▓  Race/Skin: ▓▓▓  Age: ▓▓  Weight: ▓▓▓▓  Height: ▓▓▓▓  Hair: ▓▓▓  Glasses: Other:

COMMENTS:

MILITARY SERVICE: Person spoken to was asked whether the recipient was in the military service or dependent upon a person in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the recipient is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

I affirm on 07/09/2025 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

x _____
MALIK SONGSTER-THOMAS
2127260