UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
STRIKE 3 HOLDINGS, LLC,

                Plaintiff,

vs.

JOHN DOE infringer identified as using
IP address 104.162.97.115,

                Defendant.
-----------------------------------------------------------------X

Case No. 1:24-cv-06806-RER-CLP

**CERTIFICATE OF SERVICE**

**JOHN C. ATKIN, ESQ.**, hereby certifies as follows:

1. On the below date, I caused a copy of the Summons Returned Executed (in both redacted [D.E. 19] and unredacted/*ex parte* [D.E. 20] format), along with a copy of this Certificate of Service, to be served on the individual currently identified on the public docket as Defendant John Doe infringer identified as using IP address 104.162.97.115 ("Defendant") by sending those documents to Defendant's counsel, Paul Sanders, Esq., *via* email and First Class Mail, pursuant to Fed. R. Civ. P. 5(b)(1) and (b)(2)(C).

2. I certify under penalty of perjury that the foregoing is true and correct.

DATED: July 18, 2025      **THE ATKIN FIRM, LLC**

                                        */s/ John C. Atkin, Esq.*
                                        JOHN C. ATKIN