# The Atkin Firm, LLC
Attorney at Law

55 Madison Avenue, Suite 400
Morristown, NJ 07960

400 Rella Boulevard, Suite 165
Suffern, NY 10901

By: John C. Atkin, Esq.*
---
* Member of NJ, NY, and PA Bar

Tel: (973) 314-8010
Fax: (833) 693-1201
Email: JAtkin@atkinfirm.com

August 19, 2025

**VIA ECF**

Hon. Cheryl L. Pollak, U.S.M.J.
U.S. Dist. Court Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

      Re:    **Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 104.162.97.115**
             **Dkt. No. 1:24-cv-06806-RER-CLP**

Judge Pollak,

    As Your Honor is aware, I represent Plaintiff Strike 3 Holdings, LLC in the above-referenced matter. Please accept this letter as the status report required by Your Honor's July 23, 2025 Text Order.

    The parties have amicably resolved this matter. Plaintiff has not yet filed a notice of dismissal with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), because it anticipates that Defendant will be filing a response to the June 18, 2025 Order to Show Cause. D.E. 13 at ¶7.

    Thank you for your attention to this matter.

                                                       Respectfully submitted,

                                                       */s/ John C. Atkin*

                                                       John C. Atkin, Esq.

cc:    Paul Sanders, Esq. (*via* CM/ECF and Email)